# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ARTHUR JONES,

    Plaintiff,

v.                                     Case No.  8:11-cv-529-T-30AEP

NEW ENGLAND LIFE INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

The Court has been advised via an Amended Notice of Settlement and Request for Administrative Closure (Dkt. #20) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on January 10, 2012.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2011\11-cv-529.dismiss 20.wpd